IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Rainey, Sharon D | Case Number: 07 B 08464 |
| | Judge: Hollis, Pamela S |
| Printed: 03/24/09 | Filed: 5/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: December 15, 2008
Confirmed: July 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,557.96 |  |
| Secured: |  | 1,771.99 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,834.00 |
| Trustee Fee: |  | 285.90 |
| Other Funds: |  | 666.07 |
| Totals: | 5,557.96 | 5,557.96 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,834.00 | 2,834.00 |
| 2. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 3. | LaSalle National Bank | Secured | 0.00 | 0.00 |
| 4. | Midfirst Bank | Secured | 0.00 | 0.00 |
| 5. | Drive Financial Services | Secured | 0.00 | 0.00 |
| 6. | City Of Chicago | Secured | 554.00 | 170.00 |
| 7. | LaSalle National Bank | Secured | 3,897.10 | 607.00 |
| 8. | Midfirst Bank | Secured | 6,154.61 | 958.62 |
| 9. | Household Financial Corporation | Secured | 290.01 | 36.37 |
| 10. | Jefferson Capital | Unsecured | 5,047.22 | 0.00 |
| 11. | City Of Chicago | Unsecured | 14.06 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 884.50 | 0.00 |
| 13. | Chicago Municipal Employees CU | Unsecured | 285.35 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 200.00 | 0.00 |
| 15. | Catherine/Tape Report | Unsecured | | No Claim Filed |
| 16. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 17. | Account Recovery Service | Unsecured | | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 19. | Harris & Harris | Unsecured | | No Claim Filed |
| 20. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| | | | $ 20,160.85 | $ 4,605.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rainey, Sharon D

Printed: 03/24/09

Case Number: 07 B 08464
Judge: Hollis, Pamela S
Filed: 5/9/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 159.32 |
| 6.5% | 103.57 |
| 6.6% | 23.01 |
| | $ 285.90 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*